No. 337. UNITED STATES FIDELITY & GUARANTY COMPANY ET AL. *v.* MARY L. MORRELL. Error to the Superior Court of the State of Rhode Island. Argued March 6, 1924. Decided March 10, 1924. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Toop* v. *Ulysses Land Co.,* 237 U. S. 580, 583; *Piedmont Power & Light Co.* v. *Graham,* 253 U. S. 193, 195. *Mr. E. B. Moulton,* with whom *Mr. George H. Huddy, Jr.,* and *Mr. Frank F. Mason* were on the brief, for plaintiffs in error. *Mr. Henry C. Hart,* with whom *Mr. Theodore F. Green, Mr. Patrick P. Curran* and *Mr. Hoyt W. Clark* were on the brief, for defendant in error.

